UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CR68 HEA |
| | ) | |
| MARIO DARNELL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing is set in

this matter for Wednesday, March 24, 2010, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 19th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE